DAVID A. RIEGELS - 043857
1228 46th Street
Post Office Box 19579
Sacramento, CA 95819-0579
Telephone: (916) 739-0988

Attorney for Defendant
CIRCUIT SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>Plaintiff<br><br>v.<br><br>CANNON NORTHGATE WAREHOUSE, and CIRCUIT SOLUTIONS, INC.<br><br>Defendants | No. 2:14-CV-02778-TLN-DAD<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT<br>[FRPC 6 and Local Rules 143 and 144]<br><br>Complaint Filed: November 26, 2014 |

It is hereby stipulated by Plaintiff SCOTT JOHNSON and by Defendant CIRCUIT SOLUTIONS, INC., by and through their respective attorneys, that the time for Defendant CIRCUIT SOLUTIONS, INC. to respond to Plaintiff's complaint shall be extended from February 3, 3015 to March 19, 2015 in order to facilitate the parties' ongoing settlement negotiations.

Dated: February 23, 2015

                                        PHYL GRACE - 171771
                                        CENTER FOR DISABILITY ACCESS

                                        /S/ Phyl Grace (as authorized on February 23, 2015)

                                                 Attorney for Plaintiff
                                                 SCOTT JOHNSON

Dated: February 24, 2015

DAVID A. RIEGELS - 043857

/S/ David A. Riegels
Attorney for Defendant
CIRCUIT SOLUTIONS, INC.

IT IS SO ORDERED.

Dated:  February 24, 2015

Troy L. Nunley
United States District Judge