1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID A. RIEGELS - 043857
1228 46th Street
Post Office Box 19579
Sacramento, CA  95819-0579
Telephone:  (916) 739-0988

Attorney for Defendants
CIRCUIT SOLUTIONS, INC., and
CANNON NORTHGATE PROPERTIES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | No. 2:14-CV-02778-TLN-DAD |
| Plaintiff | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT |
| v. | [FRPC 6 and Local Rules 143 and 144] |
| CANNON NORTHGATE WAREHOUSE, and CIRCUIT SOLUTIONS, INC. | Complaint Filed: November 26, 2014 |
| Defendants | |

It is hereby stipulated by Plaintiff SCOTT JOHNSON and by Defendant CANNON

NORTHGATE PROPERTIES, a California General Partnership, sued herein as CANNON

NORTHGATE WAREHOUSE, by and through their respective attorneys, that the time for

Defendant CANNON NORTHGATE PROPERTIES to respond to Plaintiff's complaint shall be

extended to March 19, 2015 in order to facilitate the parties' ongoing settlement negotiations.

Dated: February 27, 2015

PHYL GRACE - 171771
CENTER FOR DISABILITY ACCESS

/S/ Phyl Grace (as authorized on February 27, 2015)
_____
Attorney for Plaintiff
SCOTT JOHNSON

DAVID A.
RIEGELS
SACRAMENTO

- 1 -
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Dated: February 27, 2015

                                      DAVID A. RIEGELS - 043857


                                    /S/ David A. Riegels
                                    Attorney for Defendant
                                    CANNON NORTHGATE PROPERTIES.

IT IS SO ORDERED.

Dated:  March 4, 2015

                                    Troy L. Nunley
                                    United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT